# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JACQUES EVIGLO, | Case No. 21-CV-1756 (MJD/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| B. BIRKHOLZ, MICHAEL CARVAJAL, | |
| Respondents. | |

This matter is before the Court on the Report and Recommendation dated September 3, 2021 (Doc. No. 7). No objections have been filed within the time prescribed.

Based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Report and Recommendation (Doc. No. 7) is **ADOPTED** and this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  October 5, 2021             s/Michael J. Davis
                                   Michael J. Davis
                                   United States District Court